**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| DAVID MICHAEL SMITH, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. |
| KROLL FACTUAL DATA, INC., | ) ) | 8:14-cv-1360 |
| Defendant. | ) ) ) | |

**CORRECTION TO NOTICE OF DISCHARGE, RELEASE, AND PERMANENT INJUNCTION RELATING TO CLAIMS ASSERTED AGAINST KROLL FACTUAL DATA, INC.**

**PLEASE TAKE NOTICE** that on September 25, 2015, Kroll Factual Data, Inc. (now known as "Kroll Factual Data, LLC") ("**KFD**") filed the *Notice of Discharge, Release, and Permanent Injunction Relating to Claims Asserted Against Kroll Factual Data, Inc.* [Docket No. 23] (the "**Notice**")[1] in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that upon further review, the Debtors have determined that SmithMarco P.C. filed a proof of claim in relation to the above-captioned action in KFD's chapter 11 case,[2] which claim is subject to resolution or adjudication and distribution pursuant to Article VIII of the Plan. Notwithstanding the filing of the claim, the discharge injunction (as more fully described in the Notice) remains applicable to any Claim(s) that the plaintiff in the above-captioned action may have against the Debtors and prohibits the plaintiff from continuing this action against the Reorganized Debtors to collect or recover on account of the discharged Claim(s).

---

1   Capitalized terms used but not defined herein have the meaning ascribed to them in the Notice.
2   The proof claim against KFD has been assigned as Claim No. 503.

Dated: September 30, 2015 Respectfully submitted,

*s/ Jessica T. Travers*
Jessica T. Travers
Florida Bar No. 0018129
jtravers@littler.com

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue
Suite 2700
Miami, FL  33131
305.400.7500
305.675.8497 (Fax)

William Simmons
Pennsylvania Bar No.  206860
wsimmons@littler.com

LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street
Suite 1400
Philadelphia, PA 19102-1321,
267.402.3047
267.430.7908 (Fax)

ATTORNEYS FOR DEFENDANT
Kroll Factual Data, Inc.

## **CERTIFICATE OF SERVICE**

I, Jessica T. Travers, hereby certify that a copy of the foregoing Notice of Discharge, Release, and Permanent Injunction Relating to Claims Asserted Against Kroll Factual Data, Inc. was filed with the Court via the Court's CM/ECF system on September 30, 2015, which generated electronic notice to the following counsel for Plaintiff on the same date:

David M. Marco
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Direct Dial: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail: dmarco@smithmarco.com

Thomas Gibbons
Thomas Gibbons Attorney-at-Law
10320 Sandalfoot Blvd., Unit 10
Boca Raton, FL 33428
Direct Dial: 954 798 2516
Facsimile: (888) 418-1277
E-Mail: thomasjgibbons@gmail.com

*s/ Jessica T. Travers*
Jessica T. Travers

Firmwide:136149772.1 084145.1001